statement of facts, on the authority of Lyons v. Ostrander, 167 N. Y. 135, 60 N. E. 334.

DU BARRY, Respondent, v. GENNARO, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Helen Bratt Du Barry against Augusto E. Gennaro. No opinion. Interlocutory judgment affirmed, with costs.

DUNCAN, Respondent, v. GOMPRECHT SAUSAGE CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by William M. Duncan against the Gomprecht Sausage Company, impleaded with others. H. R. Squier, for appellant. E. P. Phillips, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

DURST et al., Respondents, v. SARKISIAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by William F. Durst and another against Dickran M. Sarkisian and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground (1) that the Drapery Hardware Manufacturing Company is not a party defendant to this action, and (2) that it does not appear that the books and papers of which inspection and discovery is sought contain any entries relating to the merits of this action.

EASTON FURNITURE MFG. CO., Appellant, v. CAMINEZ, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Easton Furniture Manufacturing Company against Bertha Caminez. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. For former opinion, see 131 N. Y. Supp. 157.

In re EAST ST. IN VILLAGE OF FT. EDWARD, WASHINGTON COUNTY. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) In the matter of the change of grade of East Street in the Village of Ft. Edward, Washington County, N. Y. No opinion. Orders modified, by striking out award of $10 costs, and, as so modified, unanimously affirmed, without costs.

EDGERTON et al., Appellants, v. DAWSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Emmet Edgerton and another against Evelyn M. Dawson and others. No opinion. Judgment modified, by striking therefrom the words "upon the merits," and, as so modified, affirmed, without costs of this appeal.

In re EDWARDS. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the compulsory judicial settlement of the account of Florence M. Edwards, as executrix, etc., of Richard Marshall, deceased.

PER CURIAM. Order affirmed, without costs to either party, and decree of the Surrogate's Court of Kings county modified, by deducting from the account stated therein the item of $51.40 interest, with which the executrix is charged, together with the item of $150 for furniture, also erroneously charged, and, as so modified, affirmed, with costs to the appellant payable out of the estate.

EDWARDS, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Minnie Edwards against the Press Publishing Company. Morrison & Schiff, for appellant. J. G. Jackson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EINSTOSS, Appellant, v. SELTZERMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Sigmund Einstoss against Jacob Seltzerman. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re ELECTION OF DIRECTORS OF COLUMBIA ENGINEERING WORKS, Inc. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the election of directors of the Columbia Engineering Works, Incorporated. Appeal No. 1. No opinion. Order affirmed, with $10 costs and disbursements.

In re ELECTION OF DIRECTORS OF COLUMBIA ENGINEERING WORKS, Inc. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the election of directors of the Columbia Engineering Works, Incorporated. Appeal No. 2. No opinion. Order affirmed, with $10 costs and disbursements.

In re ELECTION OF DIRECTORS OF NEW YORK & WESTCHESTER TOWN SITE CO. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) In the matter of the election of directors of the New York & Westchester Town Site Company. No opinion. Motion denied, without costs. See, also, 130 N. Y. Supp. 414.

ELLER et al., Appellants, v. AMMANN MFG. & CONST. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Albert D. Eller and Pierre M. Many, copartners trading as Eller & Many, and George W. Smith, as re-